# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 18-1098**  **September Term, 2018**

MSHR-WEVA 2015-583-D

**Filed On: January 15, 2019** [1768275]

Marshall County Coal Company, et al.,

    Petitioners

    v.

Federal Mine Safety and Health Review Commission and Secretary of Labor, Mine Safety and Health Administration,

    Respondents

------------------------------

United Mine Workers of America International Union,
    Intervenor

**BEFORE:** Circuit Judges Millett and Pillard, and Senior Circuit Judge Edwards

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on January 15, 2019 at 9:35 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

    Margaret Lopez, counsel for Petitioners.

    Emily Toler Scott (DOL), counsel for Respondents.

    Laura Karr, counsel for Intervenor.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY: /s/
    Shana E. Thurman
    Deputy Clerk